No. 78–5948. WOODS v. GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 78–5974. McCLENDON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 78–5983. FIGUEROA v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–5991. KROTEC v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 78–6040. BRADLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 78–6041. STANFORD ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 78–6051. GREER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 78–6054. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 78–6061. WARE v. UNITED STATES; and

No. 78–6062. D'ANDREA v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 585 F. 2d 1351.

No. 78–6082. THORNTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 78–6105. YOUNGMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 78–6152. LYON ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 78–6155. GOODWYN v. DEFENDERS ASSOCIATION OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–6160. ESTEP v. COLORADO. Sup. Ct. Colo. Certiorari denied.